JACOB DAVIS, Appellant, v. IRVING KRANTZ et al., Defendants, and HENRY I. COHEN et al., Respondents.—

Concur — Capozzoli, J. P., McNally, Tilzer and Macken, JJ.